**2017–0084.   State v. Weaver.**
Montgomery App. No. 26591, 2016-Ohio-7984.

**2017–0108.   State v. Guyton.**
Ashtabula App. No. 2016–A–0023, 2016-Ohio-8110.

**2017–0133.   State v. Hill.**
Lucas App. No. L–16–1086, 2016-Ohio-8529.

**2017–0143.   State v. Hart.**
Lucas App. No. L–15–1067, 2016-Ohio-8169.

**2017–0146.   State v. Runyon.**
Butler App. No. CA2016–06–120, 2016-Ohio-8230.

**2017–0238.   State v. Cobb.**
Stark App. No. 2014 CA 00218.

**2017–0250.   State v. Clark.**
Cuyahoga App. No. 103324, 2017-Ohio-178.

**2017–0284.   State v. Shelby.**
Lawrence App. No. 15CA20.

**2017–0298.   State v. Waver.**
Butler App. No. CA2015–08–155.

**2017–0317.   State v. Taylor.**
Summit App. No. 27273.

**2017–0326.   State v. Carlton.**
Hamilton App. No. C–150390.
    FISCHER and DEWINE, JJ., not participating.

**2017–0386.   In re B.W.**
Tuscarawas App. Nos. 2016 AP 09 0045 and 2016 AP 09 0046, 2017-Ohio-605. Appeal not accepted. Motion for stay denied as moot.
    O'NEILL, J., dissents and would accept the appeal and grant the motion for stay.

**2017–0439.   Nationstar Mtge., L.L.C. v. Payne.**
Franklin App. No. 16AP–185, 2017-Ohio-513. Appeal not accepted. Motion for stay denied as moot.

**2017–0446.   In re B.F.**
Lucas App. No. L–16–1094, 2017-Ohio-609.

**2015–0384.   State v. Gonzales.**
Wood App. No. WD–13–086, 2015-Ohio-461. Reported at 150 Ohio St.3d 276, 2017-Ohio-777, 81 N.E.3d 419. On motion for reconsideration. Motion denied.
    KENNEDY and O'NEILL, JJ., dissent.

**2015–0385.   State v. Gonzales.**
Wood App. No. WD–13–086, 2015-Ohio-461. Reported at 150 Ohio St.3d 276, 2017-Ohio-777, 81 N.E.3d 419. On motion for reconsideration. Motion denied.
    KENNEDY and O'NEILL, JJ., dissent.

**2016–1225.   State v. Victor.**
Geauga App. Nos. 2014–G–3220, 2014–G–3241, and 2015–G–0010, 2015-Ohio-5520. Reported at 148 Ohio St.3d 1410, 2017-Ohio-573, 69 N.E.3d 750. On motion for reconsideration. Motion denied.

**2016–1267.   Whitmer v. Zochowski.**
Franklin App. Nos. 15AP–52, 15AP–60, and 15–AP–65, 2016-Ohio-4764. Reported at 148 Ohio St.3d 1411, 2017-Ohio-573, 69 N.E.3d 751. On motion for reconsideration. Motion denied.